**Order entered April 28, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00016-CV

### NANCY RANGEL AND ALL OTHER OCCUPANTS OF 2808 SAN MARCUS AVE., DALLAS, TEXAS 75228, Appellants

### V.

### MCMACKIN BEAM REVOCABLE TRUST, LESLIE BEAM, TRUSTEE, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05738-B**

## ORDER

In an order dated April 16, 2014, the Court ordered, among other things, that the appeal be submitted without the reporter's record. On April 24, 2014, the Court received a motion from Lanetta Williams, Official Court Reporter for County Court at Law No. 2 of Dallas County, Texas, for an extension of time to file the reporter's record. In her motion, Lanetta Williams informed the Court that appellants have made payment arrangements for the reporter's record. Accordingly, we **VACATE** those portions of this Court's April 16, 2014 order ordering that the appeal be submitted without the reporter's record and setting a deadline for appellants' brief.

We **GRANT** the motion for an extension of time to file the reporter's record. The reporter's record shall be filed on or before **May 29, 2014**. Appellants' brief will be due thirty days after the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a).

/s/     ADA BROWN
             JUSTICE